UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:                        Chapter 13
                                             16-22210-DOB
Bobbi Jo Mason                      Judge Opperman
Debtor(s)
_____/

## **OBJECTION TO CONFIRMATION**

Now Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America, Secured Creditor, by and through its authorized Attorney SCHNEIDERMAN & SHERMAN, P.C., and hereby objects to confirmation of the Debtor's Ch.13 Plan for reasons as follow:

1. The Chapter 13 Plan is not feasible as filed;

2. The plan proposes to pay this claim directly and indicates the loan is current; however, the Debtor is currently due for the January 1, 2017 payment and those payments that are due thereafter.

Wherefore Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America, requests that the Ch. 13 Plan not be confirmed as regards this Secured Creditor; that the Debtor be required to amend the Ch.13 Plan, or, in the alternative, that the subject case be dismissed pursuant to the applicable statutes of the United States Bankruptcy Code.

SCHNEIDERMAN & SHERMAN, P.C.

Date:02/08/17

By: /S/ Michael P. Hogan
Michael P. Hogan P63074
mhogan@sspclegal.com
Attorney for Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America
23938 Research Drive, Suite 300
Farmington Hills, Michigan 48335
248-539-7400

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In The Matter of:  Chapter 13
 16-22210-DOB
Bobbi Jo Mason Judge Opperman

STATE OF MICHIGAN
COUNTY OF OAKLAND

## PROOF OF SERVICE

I hereby certify that on the 8th day of February, 2017, I electronically filed the foregoing Objection to Confirmation with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Thomas McDonald  Michael J. Shovan
3144 Davenport  5090 State Street
Saginaw, MI 48602  Building A
 Saginaw, MI 48603

And I hereby certify that I have mailed by United States Postal Service the Objection to Confirmation to the following non-ECF participants:

Bobbi Jo Mason
923 North Oakley Street
Saginaw, MI 48602

Execution on: February 8, 2017

By: /S/ Michael P. Hogan
Michael P. Hogan P63074
mhogan@sspclegal.com
Attorney for Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America
23938 Research Drive, Suite 300
Farmington Hills, Michigan 48335
248-539-7400