| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1 | Bobbi Jo Mason |
| Debtor 2 | n/a |
| (Spouse, if filing) | |
| United States Bankruptcy Court for the: Eastern District of Michigan (State) | |
| Case number 16-22210-dob | |

## Official Form 410S2
## Notice of Post Petition Fees Expenses and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim. See bankruptcy rule 3002.1**

**Name of creditor:** Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America

**Court claim no.** (if known): 18-1

**Last four digits** of any number you use to identify the debtor's account: **5657**

**Does this notice supplement a prior notice of post-petition fees, expenses, and charges?**
☒ No
☐ Yes. Date of the last notice: ___ / ___ / ___

### Part 1:  Itemize Post-Petition Fees, Expenses and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3. | Attorney's fees | | (3) | $0.00 |
| 4. | Filing fees and court costs | | (4) | $0.00 |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $0.00 |
| 6. | Appraisal/broker's price option fees | | (6) | $0.00 |
| 7. | Property inspection fees | | (7) | $80.00 |
| 8. | Tax advances (non-escrow) | | (8) | $0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10. | Property preservation expenses. Specify: Landscape Periodic | 06/10/2018 | (10) | $80.00 |
| | Property preservation expenses. Specify: Landscape Periodic | 06/10/2018 | | $80.00 |
| | Property preservation expenses. Specify: Boarding up Cost | 06/10/2018 | | $150.00 |
| | Property preservation expenses. Specify: Landscape Periodic | 06/10/2018 | | $80.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and bankruptcy rule 3002.1

| Debtor 1 | Bobbi Jo Mason | | | Case number (if known) | 16-22210-dob |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*
☐ I am the creditor
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Michael P. Hogan              Date  06/12/2018
Signature

**Print:**   Michael P. Hogan      P63074           Title    Bankruptcy Attorney
            First name    Middle Name   Last name

Company    SCHNEIDERMAN & SHERMAN, P.C.

Address    23938 Research Drive, Suite 300
           Number            Street

           Farmington Hills, Michigan   48335
           City           State         Zip Code

Contact phone   248-539-7400         Email: mhogan@sspclegal.com

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In The Matter of: | Chapter 13 |
| | 16-22210-dob |
| Bobbi Jo Mason | Judge Opperman/Daniel S. |

STATE OF MICHIGAN
COUNTY OF OAKLAND

**PROOF OF SERVICE**

      I hereby certify that on the 13th day of June, 2018, I electronically filed the foregoing notice with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Thomas McDonald | Michael J. Shovan |
| 3144 Davenport | 6620 Weiss Road. |
| Saginaw, MI 48602 | Saginaw, MI 48603 |

And I hereby certify that I have mailed by United States Postal Service the notice to the following non-ECF participants:

Bobbi Jo Mason
125 S. Carolina Street
Saginaw, MI 48602

Execution on: 06/13/18

      By: /S/ Michael P. Hogan
Michael P. Hogan P63074
mhogan@sspclegal.com
Attorney for Seterus, Inc., as authorized
subservicer for Federal National Mortgage
Association ("Fannie Mae"), a corporation
organized and existing under the laws of the
United States of America
23938 Research Drive, Suite 300
Farmington Hills, Michigan 48335
248-539-7400