Debtor 1   Bobbi Jo Mason
Debtor 2   n/a
(Spouse, if filing)
United States Bankruptcy Court for the: Eastern   District of Michigan
(State)
Case number 16-22210-dob

## Official Form 410S2
# Notice of Post Petition Fees Expenses and Charges   12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim. See bankruptcy rule 3002.1**

**Name of creditor:** Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America

**Court claim no.** (if known): **18**

**Last four digits** of any number you use to identify the debtor's account: **5657**

**Does this notice supplement a prior notice of post-petition fees, expenses, and charges?**
☒ No
☐ Yes. Date of the last notice: ___ / ___ / ___

### Part 1: Itemize Post-Petition Fees, Expenses and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3. | Attorney's fees | | (3) | $0.00 |
| 4. | Filing fees and court costs | | (4) | $0.00 |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $0.00 |
| 6. | Appraisal/broker's price option fees | | (6) | $0.00 |
| 7. | Property inspection fees | | (7) | $0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10. | Property preservation expenses. Specify: Sump Pump Repair | 07/19/2018 | (10) | $48.73 |
| | Sump Pump Repair | 07/26/2018 | | $25.00 |
| | Sump Pump Repair | 07/26/2018 | | $50.00 |
| | Trash Removal | 07/26/2018 | | $200.00 |
| | Sump Pump Repair | 08/09/2018 | | $25.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and bankruptcy rule 3002.1

| Debtor 1 | Bobbi Jo Mason | | Case number (if known) | 16-22210-dob |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*
☐ I am the creditor
☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ ____/s/ Michael P. Hogan_____  Date  10/10/2018
   Signature

**Print:**  Michael P. Hogan        P63074           Title   Bankruptcy Attorney
           First name   Middle Name   Last name

Company   SCHNEIDERMAN & SHERMAN, P.C.

Address   23938 Research Drive, Suite 300
          Number            Street

          Farmington Hills, Michigan 48335
          City              State        Zip Code

Contact phone  248-539-7400       Email: mhogan@sspclegal.com

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In The Matter of: | Chapter 13 |
| | 16-22210-dob |
| Bobbi Jo Mason | Judge Opperman |

STATE OF MICHIGAN
COUNTY OF OAKLAND

**PROOF OF SERVICE**

      I hereby certify that on the 10th day of October, 2018, I electronically filed the foregoing notice with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Thomas McDonald | Michael J. Shovan |
| 3144 Davenport | 6620 Weiss Road. |
| Saginaw, MI 48602 | Saginaw, MI 48603 |

And I hereby certify that I have mailed by United States Postal Service the notice to the following non-ECF participants:

Bobbi Jo Mason
125 S. Carolina Street
Saginaw, MI 48602

Execution on: <u>10/10/18</u>

      By:   <u>/S/ Michael P. Hogan</u>
      Michael P. Hogan P63074
      mhogan@sspclegal.com
      Attorney for Seterus, Inc., as authorized
      subservicer for Federal National
      Mortgage Association ("Fannie Mae"), a
      corporation organized and existing
      under the laws of the United States of
      America
      23938 Research Drive, Suite 300
      Farmington Hills, Michigan 48335
      248-539-7400